JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HECNY SHIPPING, LTD., et al., ) | CASE NO. CV08-105-AHM (FMOx) |
| Plaintiff(s), ) | ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF STAY |
| v. ) | |
| TUG LOGISTICS, INC. ) | |
| Defendant(s) ) | |
| -------------------------------------------- ) | |
| AND THIRD-PARTY ACTION ) | |
| _____) | |

On December 22, 2008, the Court granted the parties' application to stay this action pending a ruling on the appeal in the *Carewins Action* by the appellate court in Hong Kong;

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court.

IT IS FURTHER ORDERED that counsel for plaintiff file quarterly status reports commencing on July 6, 2009.

/ / /

1    This Court retains jurisdiction over this action and this Order shall not

2    prejudice any party to this action.

3         IT IS SO ORDERED.

4    DATED:   April 30, 2009

5

6                                             A. HOWARD MATZ
                                              United States District Judge
7                JS - 6

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2