JS-6

ROBERT J. MCGAHAN (SBN 196568)
*rmcgahan@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S Figueroa St., 41st Floor
Los Angeles, California  90017
Tel.: 213.426.2500
Fax: 213.623.1673

ALISON M. NORRIS (SBN 248711)
*anorris@goodwinprocter.com*
**GOODWIN PROCTER LLP**
10250 Constellation Blvd., 21st Floor
Los Angeles, California  90067
Tel.: 310.788.5100
Fax: 310.286.0992

Attorneys for Defendant/Third Party Plaintiff: *Tug Logistics, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HECNY SHIPPING, LTD., a Hong Kong corporation; BRIGHT FORTUNE SHIPPING, LTD., a Hong Kong corporation, <br><br> Plaintiff(s), <br><br> v. <br><br> TUG LOGISTICS, INC., a California corporation, <br><br> Defendant(s). | Case No. 2:08-CV-00105 AHM (FMOx) <br><br> **ORDER GRANTING DISMISSAL WITH PREJUDICE** <br><br> Courtroom: 14 <br> Judge:   Hon. A. Howard Matz |

LIBA/2088264.1

| | |
|---|---|
| 1 | TUG LOGISTICS, INC., a California corporation, |
| 2 | |
| 3 | Third Party Plaintiff(s), |
| 4 | v. |
| 5 | ARTIST FASHION, INC. a California corporation; JEFF LIEN, individually and as successor-in-interest of CYNTHIA LIEN; JEFF LIEN doing business as ARTIST FASHION, INC.; and FASHION BAY, INC., |
| 6 | |
| 7 | |
| 8 | |
| | Third Party Defendant(s). |
| 9 | |

# **ORDER**

Pursuant to the Joint Stipulation of Third Party Plaintiff/Defendant Tug Logistics, Inc. and Third-Party Defendants Artist Fashion, Inc.; Jeff Lien, individually and as successor-in-interest of Cynthia Lien; Jeff Lien doing business as Artist Fashion, Inc.; and Fashion Bay, Inc., being all remaining parties to this action, the above-captioned action is dismissed in its entirety, including all claims and counterclaims, with prejudice, each party bearing their own costs and fees, and waiving all rights of appeal.

**IT IS SO ORDERED.**

**JS-6**

Dated: May 19, 2010

HON. A. HOWARD MATZ
UNITED STATES DISTRICT COURT JUDGE